**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:20-CV-03117-PAB-SKC

PATRICIA GRANGER,

    Plaintiff,

v.

LOWE'S HOME CENTERS, LLC, a Foreign Limited Liability Company

    Defendant.

---

## STIPULATION OF DISMISSAL WITH PREJUDICE

---

Plaintiff Patricia Granger and Defendant Lowe's Home Centers, LLC, by and through their respective counsel, hereby stipulate to the dismissal of this action against Defendant with prejudice pursuant to Fed.R. Civ.P. 41(a)(1)(A)(ii) as the parties have entered into a Settlement Agreement. Except as otherwise agreed, each such party to bear its own costs and attorney's fees.

RESPECTFULLY SUBMITTED this 15th day of April, 2021.

| | |
|---|---|
| *s/ Francis K. Culkin* | *s/ Alison F. Burke* |
| Francis K. Culkin | J. Ryan Johnson |
| 1776 South Jackson Street, Suite 411 | Alison F. Burke |
| Denver, Colorado 80210 | Hall & Evans, LLC |
| 303.830.1110 | 1001 17th Street, Suite 300 |
| fcullkinesq@aol.com | Denver, CO  80202 |
| *Counsel for Plaintiff* | Phone: (303) 628-3300 |
| | johnsonr@hallevans.com |
| | burkea@hallevans.com |
| | *Counsel for Defendant Lowe's Home Centers, LLC* |

# CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of April, 2021, I electronically filed the foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to parties or counsel registered through ECF. In addition, I hereby certify that I have served via electronic mail the forgoing document to the following non-CM/ECF participants:

*Counsel for Plaintiff*:

Francis K. Culkin
Law Office of Francis K. Culkin
1776 South Jackson Street, Suite 411
Denver, CO 80210
Ph. 303-830-1110
Fax 303-863-9221
fculkinesq@aol.com


/s/ Teri Mercill
Teri Mercill, Legal Assistant